PROB 12B
(7/93)

Report Date: August 28, 2007

# United States District Court

## for the

## Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

AUG 3 0 2007

JAMES R. LARSEN, CLERK
_____DEPUTY
RICHLAND, WASHINGTON

### Request for Modifying the Conditions or Term of Supervision with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: Tamia Ann Kimball          Case Number: 2:01CR00048-001

Name of Sentencing Judicial Officer: The Honorable Edward F. Shea, U.S. District Court Judge

Date of Original Sentence: 01/09/2002          Type of Supervision: Supervised Release

Original Offense: Possession With Intent to Distribute Heroin, 21 U.S.C. § 841(a)(1)          Date Supervision Commenced: 04/28/2006

Original Sentence: Prison - 72 months; TSR - 48 months          Date Supervision Expires: 04/27/2010

## PETITIONING THE COURT

To modify the conditions of supervision as follows:

15    You shall reside in a residential reentry center for a period of up to 30 days. This placement may include a prerelease component, day reporting, and home confinement (with or without electronic monitoring, but not to include GPS) at the directions of the CCM and USPO. You shall abide by the rules and requirements of the facility. You shall remain at the facility until discharged by the Court.

### CAUSE

The above modification is being requested due to Ms. Kimball consuming a controlled substance, methamphetamine, on or about July 4, July 11, and July 24, 2007. As an intermediate sanction and intervention, Ms. Kimball was placed in an inpatient substance abuse facility. However, she will be discharged on August 31, 2007, and will still require a structured environment to facilitate her continued abstinence from controlled substances.

The above violations could potentially result in revocation of Ms. Kimball's supervised release. However, she has responded positively to inpatient treatment. At this time, a period of confinement would be untimely and possibly hinder her progress in treatment. Therefore, the undersigned officer would respectfully recommend Ms. Kimball's conditions of supervised release be modified to include the above special condition to reside in a residential reentry center.

Respectfully submitted,

by  *[signature]*

Samuel Najera
U.S. Probation Officer
Date: August 28, 2007

## THE COURT ORDERS

[ ] No Action
[ ] The Extension of Supervision as Noted Above
[X] The Modification of Conditions as Noted Above
[ ] Other

_____
Signature of Judicial Officer

8/30/07
Date

PROB 49
(3/89)

# United States District Court

### Eastern District of Washington

### Waiver of Hearing to Modify Conditions
### of Probation/Supervised Release or Extend Term of Supervision

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

To modify the conditions of supervision as follows:

15   You shall reside in a residential reentry center for a period of up to 30 days. This placement may include a prerelease component, day reporting, and home confinement (with or without electronic monitoring, but not to include GPS) at the directions of the CCM and USPO. You shall abide by the rules and requirements of the facility. You shall remain at the facility until discharged by the Court.

Witness: _____          Signed: _____
          Samuel Najera                               Tamia Ann Kimball
          U.S. Probation Officer                      Probationer or Supervised Releasee

              August 28, 2007
                  Date